AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Senior Residential Care, Inc.

V.

Earle Lerner, Marathon Healthcare Group, LLC,
Marathon Healthcare Center of Norwalk, LLC,
Marathon Healthcare Center of Prospect, LLC,
and Marathon Healthcare Center of
West Haven, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-12184 DPW**

TO: (Name and address of Defendant)

Earle Lerner
25 Phyllis Road
Manchester, CT 06040-6722

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. Kirby, Jr., Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

10-18-04



AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE October 22, 2004 |
| NAME OF SERVER (PRINT) Timothy Bebnnett | TITLE Connecticut State Marshal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL $6.80 | SERVICES $70.20 | TOTAL $77.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 22, 2004
            *Date*

            *Signature of Server*

            PO Box 310875, Newington, Connecticut 06111
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

STATE OF CONNECTICUT:
: SS: MANCHESTER        OCTOBER 24, 2004
COUNTY OF HARTFORD :

## AFFIDAVIT AND RETURN OF SERVICE

I, Timothy J. Bennett, being duly sworn, deposes and says: I am not a party to this proceeding, I am over 21 years of age and I am a Connecticut State Marshal for the County of Hartford, State of Connecticut, and I am authorized to serve civil process within Hartford County, State of Connecticut.

I received this process on October 22, 2004 and served the same on October 24, 2004 upon EARLE LERNER at 25 Phyllis Road, Manchester, CT.

(x) Hand Service: by leaving a true and attested copy of the original SUMMONS IN A CIVIL ACTION, COMPLAINT and EXHIBITS with and in the hands of the within named Defendant, EARLE LERNER at 25 Phyllis Road, in the Town of Manchester, County of Hartford.

I further certify that at the time of such service on the Defendant, I duly endorsed the date of said service and to said endorsement I subscribed my name and my official title.

ATTEST:

TIMOTHY J. BENNETT
CONNECTICUT STATE MARSHAL
HARTFORD COUNTY

Subscribed and sworn to before
me this 24th day of October, 2004

Eileen Ferrato
Notary Public
My Commission Expires: 11-30-05

FEE: $77.00