# UNITED STATES DISTRICT COURT

District of Massachusetts

2004 OCT 29 P 12: 15

Senior Residential Care, Inc.

V.

Earle Lerner, Marathon Health Group LLC, Marathon Healthcare Center of Norwalk, LLC, Marathon Healthcare Center of Prospect, LLC, and Marathon Healthcare Center of West Haven, LLP

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04-12184 DPW**

TO: (Name and address of Defendant)

Marathon Healthcare Center of West Haven, LLC
25 Phyllis Road
Manchester, CT  06040-6722

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. Kirby, Jr., Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110-2131

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



10-18-04

CLERK

(By) DEPUTY CLERK

STATE OF CONNECTICUT:
                        : SS:  MANCHESTER          OCTOBER 24, 2004
COUNTY OF HARTFORD :

## AFFIDAVIT AND RETURN OF SERVICE

I, Timothy J. Bennett, being duly sworn, deposes and says: I am not a party to this proceeding, I am over 21 years of age and I am a Connecticut State Marshal for the County of Hartford, State of Connecticut, and I am authorized to serve civil process within Hartford County, State of Connecticut.

I received this process on October 22, 2004 and served the same on October 24, 2004 upon MARATHON HEALTHCARE CENTER OF WEST HAVEN, LLC at 25 Phyllis Road, Manchester, CT.

(x) Hand Service: by leaving a true and attested copy of the original SUMMONS IN A CIVIL ACTION, COMPLAINT and EXHIBITS with and in the hands of Earle Lerner, Registered Agent for Service and duly authorized to accept service on behalf of the within named Defendant, MARATHON HEALTHCARE CENTER OF WEST HAVEN, LLC at 25 Phyllis Road, in the Town of Manchester, County of Hartford.

I further certify that at the time of such service on the Defendant, I duly endorsed the date of said service and to said endorsement I subscribed my name and my official title.

                                        ATTEST:
                                        _____
                                        TIMOTHY J. BENNETT
                                        CONNECTICUT STATE MARSHAL
                                        HARTFORD COUNTY

Subscribed and sworn to before
me this 24th day of October, 2004

_____
Eileen Ferrato
Notary Public
My Commission Expires: 11-30-05


FEE: $70.20