AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Senior Residential Care, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Earle Lerner, Marathon Healtchare Group
LLC, Marathon Healthcar Center of
Norwalk, LLC, Marathon Healthcare
Center of Prospect, LLC, and
Marathon Healthcare Center of
West Haven, LLC

CASE NUMBER:

# 04 - 12 1 84 DPW

TO: (Name and address of Defendant)

Marathon Healthcare Group, LLC
25 Phyllis Road
Manchester, CT  06040-6722

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. Kirby, Jr., Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110-2131

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

10-18-04

CLERK

DATE

(By) DEPUTY CLERK

STATE OF CONNECTICUT:

                 : SS:  MANCHESTER            OCTOBER 24, 2004

COUNTY OF HARTFORD  :

## <u>AFFIDAVIT AND RETURN OF SERVICE</u>

I, Timothy J. Bennett, being duly sworn, deposes and says:  I am not a party to this proceeding, I am over 21 years of age and I am a Connecticut State Marshal for the County of Hartford, State of Connecticut, and I am authorized to serve civil process within Hartford County, State of Connecticut.

I received this process on October 22, 2004 and served the same on October 24, 2004 upon MARATHON HEALTHCARE GROUP, LLC at 25 Phyllis Road, Manchester, CT.

(x) Hand Service:  by leaving a true and attested copy of the original SUMMONS IN A CIVIL ACTION, COMPLAINT and EXHIBITS with and in the hands of Earle Lerner, Registered Agent for Service and duly authorized to accept service on behalf of the within named Defendant, MARATHON HEALTHCARE GROUP, LLC at 25 Phyllis Road, in the Town of Manchester, County of Hartford.

I further certify that at the time of such service on the Defendant, I duly endorsed the date of said service and to said endorsement I subscribed my name and my official title.

                           ATTEST:

                           TIMOTHY J. BENNETT
                           CONNECTICUT STATE MARSHAL
                           HARTFORD COUNTY

Subscribed and sworn to before
me this 24th day of October, 2004

Eileen Ferrato
Notary Public
My Commission Expires:  11-30-05

FEE:  $70.20

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | October 22, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Timothy Bennett | Connecticut State Marshal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0 | $70.20 | $70.20 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 22, 2004
      Date              *Signature of Server*

                   PO Box 310875, Newington, Connecticut 06111
                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.