```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS


SENIOR RESIDENTIAL CARE, INC.
      Plaintiff
                                  CIVIL ACTION NO. 04-12184-DPW
 v.

EARLE LERNER, ET AL.
      Defendants
```

### ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Procedural Order issued February 25, 2005, and Plaintiff's failure to comply with such order, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED for lack of prosecution pursuant to Local Rule 41.1.

```
                                  BY THE COURT,


                                   /s/ Michelle Rynne
                                  Deputy Clerk
```

DATED:  March 29, 2005